UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC., Etc.,<br><br>             Plaintiff,<br><br>      v.<br><br>N2G DISTRIBUTING, INC., et al.,<br><br>             Defendant. | Case No. SACV 12-00717-ABC (MLGx)<br><br>ORDER TO SHOW CAUSE; ORDER AWARDING ATTORNEY FEES |

On May 16, 2012, Jeffrey Diehl was served with a Subpoena to appear before this Court on July 10, 2012 at 10:00 a.m., for a Judgment Debtor Examination. Diehl explicitly informed counsel for Plaintiff that he would not appear for the examination. True to his word, Diehl did not appear as directed.

Accordingly, IT IS ORDERED that Jeffrey Diehl shall personally appear at the Ronald H. Reagan United States Courthouse, 411 W. 4th Street, Santa Ana, California, Courtroom 6A, at 10:00 a.m. on August 7, 2012, and show cause, if any exists, why he should not be found in contempt of this court for failure to comply with the subpoena. Failure to appear as ordered shall result in the issuance of a bench warrant for the arrest of Jeffrey Diehl.

It is further ORDERED that Jeffrey Diehl personally pay the attorney fees associated with counsel for Plaintiff's appearance for the judgment debtor examination. Counsel expended 2.75 hours in making the appearance at the rate of $365 per hour. Both the time expended and the hourly rate are reasonable. Diehl shall remit to counsel for Plaintiff $1,003.75 on or before August 1, 2012. Failure to comply with this order will result in additional sanctions which may include a finding of contempt.

It is further ORDERED that this Order be served upon Jeffrey Diehl by Plaintiff by certified mail and in conformity with F.R.Civ.P. 45; and by the Clerk of the Court in conformity with this court's local rules for service of orders.

Dated: July 10, 2012

_____
Marc L. Goldman
United States Magistrate Judge

cc:  Jeffrey A. Diehl
     8020 Palm Avenue, #D
     Highland, CA 92346

     Jeffrey A. Diehl
     28831 Terrace Drive
     Highland, CA 92346

     Jeffrey A. Diehl
     5448 Painted Gorge Drive
     Las Vegas, NV 89149
     (Mailed to all addresses by CRD)