David A. Robinson (SBN 107613)
James S. Azadian (SBN 225864)
ENTERPRISE COUNSEL GROUP ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Tel/Fax: (949) 833-8550/(949) 833-8540
drobinson@enterprisecounsel.com
jazadian@enterprisecounsel.com

Attorneys for Jeffrey Diehl, Etc. Distributing, Inc., Nitro 2 Go, Inc., and Nitro Rocks, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS, LTD., a Michigan Limited Liability Company, <br><br> Judgment Creditor, <br><br> v. <br><br> N2G DISTRIBUTING, INC., a California corporation; and ALPHA PERFORMANCE LABS, a Nevada corporation; and DOES 1 through 10, <br><br> Judgment Debtors. | CASE NO.: SACV 12-00717 ABC(Ex) <br><br> Hon. Audrey B. Collins <br><br> **[PROPOSED] AMENDED JUDGMENT** |

Based on and in accordance with the Court's Order filed November 26, 2013 Granting Judgment Creditor Innovation Ventures, LLC's Motion To Amend Judgment To Add Additional Judgment Debtors to the Judgment dated November 18, 2011 (Document No. 51) (hereinafter, "Order"), and for good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. For the reasons set forth in the Order, including all the findings of fact and conclusions of law contained therein, Jeffrey Diehl is added to the

attached Judgment in favor of Innovation Ventures, LLC, d/b/a Living Essentials, Ltd. and against N2G Distributing, Inc. and Alpha Performance Labs for willful trademark infringement, trade dress infringement, and false advertising (Document No. 1) ("Judgment"), because Jeffrey Diehl is the alter ego of N2G Distributing, Inc. ("N2G").

2. For the reasons set forth in the Order, including all the findings of fact and conclusions of law contained therein, ETC., Distributing, Inc., a California corporation, ("ETC") is added to the Judgment because ETC is a mere continuation of N2G, and because the transfer of N2G's assets to ETC was for the fraudulent purpose of escaping liability for N2G's debts.

3. For the reasons set forth in the Order, including all the findings of fact and conclusions of law contained therein, Nitro 2 Go, Inc., a California corporation, ("Nitro2Go"); Nitro Rocks Inc. (a.k.a. Nitro Rocks Distributing), a California corporation, ("Nitro Rocks"); Jeffrey Diehl; and, ETC, and each of them, are added to the Judgment on equitable grounds because the identities of Nitro2Go, Nitro Rocks, and ETC were intentionally concealed by Jeffrey Diehl from the U.S. District Court for the Eastern District of Michigan and from Innovation Ventures, LLC, d/b/a Living Essentials, Ltd. during the litigation in Michigan that resulted in the Judgment being entered against less than all proper defendants.

4. The Judgment is AMENDED to add as judgment debtors Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC.

5. The addition of Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC to the Judgment is retroactive to November 18, 2011, the date the Judgment was entered by the United States District Court for the Eastern District of Michigan (hereinafter, the "Michigan Court").

6. Accordingly, for willful trademark infringement, trade dress infringement, and false advertising, Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC are jointly and severally liable to Innovation Ventures, LLC, d/b/a Living Essentials, Ltd. for the entire amount of the Judgment, plus attorneys' fees of $1,123,445.75 awarded by the Michigan Court per its Order filed August 29, 2013 (Case No. 08-CV-10983, Document No. 424), plus interest at the rate applicable to the original Judgment under 28 U.S.C. § 1961, plus costs.

7. Violation of this Amended Judgment will expose N2G, Alpha Performance Labs, ETC, Nitro2Go, Nitro Rocks, and Jeffrey Diehl to all penalties provided by law, including, without limitation, for contempt of court.

8. Nothing contained in this Amended Judgment shall limit the right of Innovation Ventures, LLC d/b/a Living Essentials, Ltd. to recover damages and any and all other relief provided by law for any and all

infringements by N2G, Alpha Performance Labs, ETC, Nitro2Go, Nitro Rocks, or Jeffrey Diehl, or any of them, or any combination of them, which occurred after November 18, 2011, the date of the original Judgment.

IT IS SO ORDERED.

Dated: December 11, 2013       _____

                                              Hon. Audrey B. Collins
                                              United States District Court