NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS, LTD., a Michigan Limited Liability Company,<br><br>Judgment Creditor,<br><br>v.<br><br>N2G DISTRIBUTING, INC., a California corporation; and ALPHA PERFORMANCE LABS, a Nevada corporation; and DOES 1 through 10,<br><br>Judgment Debtors. | CASE NO: SACV-12-00717 ABC (Ex)<br><br>[PROPOSED] SECOND AMENDED JUDGMENT |

This Second Amended Judgment amends this Court's Amended Judgment filed December 11, 2013 solely to: (1) reflect the entry dates of the original Judgment and the Fees Order of the United States District Court for the Eastern District of Michigan in Case No. 08-CV-10983, and, (2) specify the dates on which post-judgment interest commenced accruing on the original Judgment and the Fees Order.

Based on and in accordance with (1) the Court's Order filed November 26, 2013 Granting Judgment Creditor Innovation Ventures, LLC's Motion To Amend Judgment To Add Additional Judgment Debtors to the Judgment dated November 18, 2011 (Document No. 51) (hereinafter, "November 2013 Order"); and (2) the Court's Order filed March 11, 2014 Denying Additional Judgment Debtors' Motion

for Relief from Void Judgment (Document No. **142**), and for good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. For the reasons set forth in the November 2013 Order, including all the findings of fact and conclusions of law contained therein, Jeffrey Diehl is added to the Judgment for $1,750,000.00 in favor of Innovation Ventures, LLC, d/b/a Living Essentials, Ltd. and against N2G Distributing, Inc. and Alpha Performance Labs for willful trademark infringement, trade dress infringement, and false advertising (Document No. 1 in this action) ("original Judgment"), plus the attorneys' fees award of $1,123,445.75 in Innovation's favor, entered by the Michigan Court per its Order filed August 29, 2013 (U.S. Dist. Court, E.D. Mich. Case No. 08-CV-10983, Document No. 424, 8/29/2013) ("Fees Order"), because Jeffrey Diehl is the alter ego of N2G Distributing, Inc. ("N2G"). The original Judgment and Fees Order are collectively referred to herein as the "Judgment."

2. For the reasons set forth in the November 2013 Order, including all the findings of fact and conclusions of law contained therein, ETC., Distributing, Inc., a California corporation, ("ETC") is added to the Judgment because ETC is a mere continuation of N2G, and because the transfer of N2G's assets to ETC was for the fraudulent purpose of escaping liability for N2G's debts.

3. For the reasons set forth in the November 2013 Order, including all the findings of fact and conclusions of law contained therein, Nitro 2 Go, Inc., a California corporation, ("Nitro2Go"); Nitro Rocks Inc. (a.k.a. Nitro Rocks Distributing), a California corporation, ("Nitro Rocks"); Jeffrey Diehl; and, ETC, and each of them, are added to the Judgment on equitable grounds because the identities of Nitro2Go, Nitro Rocks, and ETC were intentionally concealed by Jeffrey Diehl from the U.S. District Court for the Eastern District of Michigan and from Innovation Ventures, LLC, d/b/a

Living Essentials, Ltd. during the litigation in Michigan that resulted in the Judgment being entered against less than all proper defendants.

4. The Judgment is AMENDED to add as judgment debtors Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC.

5. The addition of Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC to the Judgment is retroactive to November 18, 2011, the date the original Judgment was entered by the United States District Court for the Eastern District of Michigan (hereinafter, the "Michigan Court").

6. Accordingly, for willful trademark infringement, trade dress infringement, and false advertising, Jeffrey Diehl, Nitro2Go, Nitro Rocks, and ETC are jointly and severally liable to Innovation Ventures, LLC, d/b/a Living Essentials, Ltd. for the entire amount of the Judgment, plus interest at the applicable rate under 28 U.S.C. § 1961, plus costs.

7. Post-judgment interest on the original Judgment, entered November 18, 2011, commenced accruing on November 18, 2011. 28 U.S.C. § 1961.

8. Post-judgment interest on the Fees Order commenced accruing on April 27, 2012, the date on which the United States District Court for the Eastern District of Michigan entered its order entitling plaintiff Innovation Ventures, LLC d/b/a Living Essentials, Ltd. to its attorneys' fees (U.S. Dist. Court, E.D. Mich. Case No. 08-CV-10983, Document No. 355, 4/27/2012).

9. The "Judgment Regarding Attorney Fees," which did not exist at the time of this Court's Amended Judgment entered December 12, 2013, was nothing more than a belated formality. It was entered by the Michigan Court on December 23, 2013 (U.S. Dist. Court, E.D. Mich. Case No. 08-CV-10983, Document No. 432, 12/23/2013). The "Judgment Regarding Attorney Fees" is substantively identical to the Fees Order, did not alter the Fees Order in any fashion, and had no impact or effect whatsoever on

the Fees Order.

10. Violation of this Second Amended Judgment will expose N2G, Alpha Performance Labs, ETC, Nitro2Go, Nitro Rocks, and Jeffrey Diehl to all penalties provided by law, including, without limitation, for contempt of court.

11. Nothing contained in this Second Amended Judgment shall limit the right of Innovation Ventures, LLC d/b/a Living Essentials, Ltd. to recover damages and any and all other relief provided by law for any and all infringements by N2G, Alpha Performance Labs, ETC, Nitro2Go, Nitro Rocks, or Jeffrey Diehl, or any of them, or any combination of them, which occurred after November 18, 2011, the date of the original Judgment.

12. Nothing in this Second Amended Judgment shall have any impact or effect whatsoever on the Alias Writ of Execution which was issued and filed in this action on February 11, 2014, and which is currently the subject of various enforcement efforts directed by the U.S. Marshal for the Central District of California as levying officer.

IT IS SO ORDERED.

Dated: May 13, 2014

Hon. Audrey B. Collins
United States District Court

## **MEMORANDUM RE INTEREST (Civ. L. R. 58-7)**

The applicable interest rate as to the original Judgment, as computed under 28 U.S.C. § 1961(a), is .10%.

The applicable interest rate as to the Fees Order, as computed under 28 U.S.C. § 1961(a), is .18%.

The amount of interest to be added for each day the Second Amended Judgment remains unsigned is $ 10.33, calculated as follows:  $1,750,000 x (**.0010**/365) + $1,123,445.75 x (**.0018**/365) = $ 10.33.