UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SA CV 12-00717-AB (Ex) | Date October 17, 2014 |

Title  Innovation Ventures LLC v. N2G Distributing Inc et al

Present: The Honorable  ANDRÉ BIROTTE JR.

| CARLA BADIRIAN | SHAWNDA DORN |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christy L Bertram | David Robinson |
| Beverly Ann Johnson | James Stephen Azadian |
| Darin Lebeau | Benjamin P Pugh |
| | Ryan Killian |

**Proceedings:**  **Order to Show Cause Hearing re 1) Preliminary Injunction, and 2) Contempt (Evidentiary Hearing)**

The Court grants Judgment Creditor's Motion to Exclude Non-Expert Witnesses from the hearing.
Witnesses called, sworn and testified.  Exhibits Identified and Admitted.  (See list of Exhibits and Witnesses).
Court and counsel confer.
The Court takes the matter under submission.
The Courtroom deputy clerk reviewed admitted exhibits with counsel to be submitted to the Court.
Original Exhibits returned to counsel.

4 : 55